IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| KARINA TAMEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 7:16-CV-00591 |
| § | |
| UNITED PROPERTY & CASUALTY § | |
| INSURANCE COMPANY and § | |
| ANA RODRIGUEZ, § | |
| § | |
| Defendants. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Karina Tame and Defendants United Property & Casualty Insurance Company and Ana Rodriguez hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiff's claims against Defendants United Property & Casualty Insurance Company and Ana Rodriguez are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 14th day of August, 2017.

/s/ *Jason M. Byrd**
Jason M. Byrd
State Bar No. 24036303
Southern District Bar No.:  35780

**THE BYRD LAW FIRM, P.C.**
448 Orleans Street
Beaumont, Texas 77701
(409) 924-0660/(409) 924-0035
Email:  Jason@txbyrd.com
**COUNSEL FOR PLAINTIFF**
**signed with permission*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 1**
2741029v1
11151.084

        And

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
State Bar No.: 24029862
Southern District Bar No.: 17055
Shannon Beck
State Bar No. 24092102
Southern District Bar No.: 2715159

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
       sbeck@thompsoncoe.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of August, 2017, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Jason M. Byrd
The Byrd Law Firm, P.C.
448 Orleans Street
Beaumont, TX  77701
Facsimile: (409) 924-0035
Jason@txbyrd.com

And

Chris Tamez
Tamez & Ortegon, PLLC
1009 East Expressway 83
Pharr, TX  78577
Facsimile: (956) 683-0485
tamezandortegon@gmail.com
*Counsel for Plaintiff*

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** – Page 2
2741029v1
11151.084