United States District Court
Southern District of Texas
**ENTERED**
August 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| KARINA TAMEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-591 |
| § | |
| UNITED PROPERTY & CASUALTY § | |
| INSURANCE COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Karina Tamez and Defendants United Property & Casualty Insurance Company and Ana Rodriguez's Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants United Property & Casualty Insurance Company and Ana Rodriguez are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

SO ORDERED this 14th day of August, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge